UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON LINDO,

    Plaintiff,

v.

BRIAN SILVEIRA,

    Defendant.

Case No. 18-cv-02640-RS

**ORDER DISMISSING ACTION**

Pursuant the order issued May 16, 2018, plaintiff was advised that in the event no amended complaint were filed by June 15, 2018, this matter would be closed, without further notice. In light of the fact that plaintiff has not responded, and given that no alleged facts suggest this court has jurisdiction over plaintiff's claims, whatever the precise nature of the claims may be, this action is dismissed.

**IT IS SO ORDERED**.

Dated: June 22, 2018

RICHARD SEEBORG
United States District Judge